Century Bank
400 Mystic Avenue
Medford MA 02155


Comm. of MA
Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston MA 02114


Internal Revenue Service
118 Turnpike Road #100
Southboro MA 01772
Attn: Steve DeSantis


Internal Revenue Service
SPS JFK Bldg.
PO Box 9112
Stop 20800
Boston MA 02203


US Airways Dividend Miles
Barclays Bank
Card Services
PO Box 8802
Wilmington DE 19899